IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01559-BNB

STEPHEN SHEFFIELD, #11091-007,

    Plaintiff,

v.

MR. G. FRANK, Parole Commission,
C. DANIEL, Warden,
MR. JABERNIC, CMC, and
MR. SULLIVAN, Case Manager,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 0 9 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Stephen Sheffield, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary in Florence, Colorado. Mr. Sheffield initiated this action by filing a *pro se* Prisoner Complaint and a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on June 28, 2010. By order dated July 1, 2010, Magistrate Judge Craig B. Shaffer directed the Clerk of the Court to commence a civil action and directed Mr. Sheffield to cure certain enumerated deficiencies in the Prisoner Complaint. Specifically, he directed Mr. Sheffield to submit a certified copy of his inmate trust fund statement for the six month period immediately preceding the filing.

On July 19, 2010, Mr. Sheffield submitted a certified account statement and a proper Motion and Affidavit for Leave to Proceed Under 28 U.S.C. § 1915. Magistrate

Judge Boyd N. Boland granted Mr. Sheffield leave to proceed *in forma pauperis* by order dated July 22, 2010.

The July 22 Order requires Mr. Sheffield to pay the full amount of the $350.00 filing fee in installments and directs him to pay an initial partial filing fee of $8.00 within thirty days or to show cause why he has no assets and no means to pay the initial fee by filing a current certified copy of his trust fund account statement. The Order warns Mr. Sheffield that if he fails to have the initial partial filing fee sent to the Clerk of the Court by the designated deadline or to show cause why he has no assets and no means by which to pay the initial fee the Complaint would be dismissed without further notice.

On July 30, 2010, Mr. Sheffield filed a document titled, "Motion: Affidavit: For Leave to Proceed Without Pre-Payment of the $8.00 Court Fee Pursuant to local rule 28 U.S.C. § 1915," in which he states that he is unable to pay the $8.00 filing fee because his mother has refused to send him any money. However, the July 22 Order directed Mr. Sheffield to show cause why he has no assets and no means by which to pay the initial partial filing fee by filing a current certified copy of his trust fund statement. Mr. Sheffield failed to submit a current certified copy of his trust fund statement to the Court within the time provided.

Accordingly, Mr. Sheffield now has failed either to pay the initial partial filing fee within the time allowed, as designated in the July 22 Order, or in the alternative to show cause why he has no assets and no means by which to pay the designated fee. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Mr. Sheffield's failure either to pay an initial partial filing fee of $8.00 or to show cause why he has no assets and no means by which to pay the designated fee.

DATED at Denver, Colorado, this  8th  day of  September , 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.10-cv-1559-BNB

Stephen Sheffield
Reg No. 11091-007
US Penitentiary Florence
P.O. Box 7000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/9/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk